

# United States District Court
# Eastern District of California

| MARK AUSSIEKER, Individually and on behalf of all others similarly situated, |
|---|

Plaintiff(s)

Case Number: 22-cv-00851-MCE-DB

V.

| GOLDWATER BANK NATIONAL ASSOCIATION; Does 1-10 Inclusive |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Abbey Mrkus Krysak__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

__Goldwater Bank National Association__

On __August 14, 2017__ (date), I was admitted to practice and presently in good standing in the __US District Court - Western District of North Carolina__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __July 18, 2022__      Signature of Applicant: /s/ __Abbey M. Krysak__

---

**Pro Hac Vice Attorney**

Applicant's Name: Abbey Mrkus Krysak

Law Firm Name: Wagner Hicks PLLC

Address: 831 E. Morehead Street, Suite 860

City: Charlotte  State: NC  Zip: 28202

Phone Number w/Area Code: (704) 705 - 7942

City and State of Residence: Charlotte, NC

Primary E-mail Address: abbey.krysak@wagnerhicks.law

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John Forest Hilbert, Esq.

Law Firm Name: Hilbert & Satterly LLP

Address: 409 Camino del Rio S. #104

City: San Diego  State: CA  Zip: 92108

Phone Number w/Area Code: (619) 795-0300  Bar # SBN 105827

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** North Carolina

## CERTIFICATE OF GOOD STANDING

I, __Frank G. Johns__, Clerk of this Court,

certify that __Abbey Mrkus Krysak__, Bar # __46281__,

was duly admitted to practice in this Court on

__8/14/2017__, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at __Charlotte__ on __5/25/2022__.
LOCATION                           DATE

DEPUTY CLERK