1 | SEAN C. WAGNER (*Pro Hac Vice Forthcoming*)
Sean.Wagner@wagnerhicks.law
2 | ABBEY M. KRYSAK (*Pro Hac Vice Forthcoming*)
Abbey.Krysak@wagnerhicks.law
3 | MEAGAN L. ALLEN (*Pro Hac Vice Forthcoming*)
Meagan.Allen@wagnerhicks.law
4 | **WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
5 | Charlotte NC 28202
Telephone:   (704) 705-7538
6 | Facsimile:   (704) 705-7787

7 | John Forest Hilbert, Esq. (SBN 105827)
Joseph A. LeVota, Esq. (SBN 226760)
8 | **HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
9 | San Diego, California 92108
Telephone:   (619) 795-0300
10 | Facsimile:   (619) 501-6855

11 | Attorneys for Defendant
**Goldwater Bank, N.A.**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>**GOLDWATER BANK, N.A.,** Does 1-10 inclusive<br><br>*Defendant*. | **Case No.** 2:22-CV-00851-MCE-DB<br><br>**STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

Pursuant to E.D. CAL. L. CIV. R. 144, it is hereby stipulated by and between Plaintiff Mark Aussieker ("Plaintiff") and Defendant Goldwater Bank, N.A. ("Defendant"), by and through their respective counsel, that Defendant's time to respond to Plaintiff's Amended Complaint be extended by 16 days, from July 20, 2022, through and including August 8, 2022. Defendant has not previously sought or obtained an extension of such time.

Dated: July 18, 2022

**STIPULATION OF EXTENSION OF TIME**

-1-

1
2
Respectfully submitted,

3
HILBERT & SATTERLY LLP

4
By: /s/ John Forest Hilbert
   John Forest Hilbert, Esq.
   Joseph A. LeVota, Esq.

5
6
AND

7
WAGNER HICKS PLLC
By: /s/ Sean C. Wagner

8
   Sean C. Wagner, Esq.
   Abbey M. Krysak, Esq.

9
   Meagan L. Allen, Esq.

10
11
*ATTORNEYS FOR DEFENDANT GOLDWATER BANK N.A.*

12
AND

13
14
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
By: /s/ Adrian R. Bacon (*as authorized on 07/18/22*)

15
   Todd M. Friedman, Esq.
   Adrian R. Bacon, Esq.

16
17
*ATTORNEYS FOR PLAINTIFF MARK AUSSIEKER*

18
19
20
21
22
23
24
25
26
27
28   **STIPULATION OF EXTENSION OF TIME**
-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.

/s/ John Forest Hilbert
John Forest Hilbert, Esq.

**STIPULATION OF EXTENSION OF TIME**

-3-