SEAN C. WAGNER (*Pro Hac Vice Forthcoming*)
Sean.Wagner@wagnerhicks.law
ABBEY M. KRYSAK (*Pro Hac Vice Forthcoming*)
Abbey.Krysak@wagnerhicks.law
MEAGAN L. ALLEN (*Pro Hac Vice Forthcoming*)
Meagan.Allen@wagnerhicks.law
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 860
Charlotte NC 28202
Telephone:     (704) 705-7538
Facsimile:      (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
Joseph A. LeVota, Esq. (SBN 226760)
**HILBERT & SATTERLY LLP**
409 Camino del Rio S. #104
San Diego, California 92108
Telephone:     (619) 795-0300
Facsimile:      (619) 501-6855

Attorneys for Defendant
**Goldwater Bank, N.A.**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>GOLDWATER BANK, N.A., Does 1-10 inclusive<br><br>*Defendant*. | **Case No.** 2:22-CV-00851-MCE-DB<br><br>**GOLDWATER BANK, N.A.'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Goldwater Bank, N.A., by and through undersigned counsel, hereby certifies that it has no parent corporation and that there is no publicly held company holding 10% or more of its ownership interest.

Dated: July 18, 2022

        HILBERT & SATTERLY LLP

        By: /s/ John Forest Hilbert
            John Forest Hilbert, Esq.
            Joseph A. LeVota, Esq.

        AND

        WAGNER HICKS PLLC

        By: /s/ Sean C. Wagner
            Sean C. Wagner, Esq.
            Abbey M. Krysak, Esq.
            Meagan L. Allen, Esq.

*ATTORNEYS FOR DEFENDANT GOLDWATER BANK N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.

/s/ John Forest Hilbert
John Forest Hilbert, Esq.