

# United States District Court
# Eastern District of California

| MARK AUSSIEKER, Individually and on behalf of all others similarly situated, |
|---|

Plaintiff(s)

Case Number: 22-cv-00851-MCE-DB

V.

| GOLDWATER BANK NATIONAL ASSOCIATION; Does 1-10 Inclusive |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Sean C. Wagner__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: __Goldwater Bank National Association__

On __June 24, 2016__ (date), I was admitted to practice and presently in good standing in the __US District Court - Western District of North Carolina__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have /☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __July 18, 2022__   Signature of Applicant: /s/ __Sean C. Wagner__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sean C. Wagner |
| Law Firm Name: | Wagner Hicks, PLLC |
| Address: | 831 E. Morehead Street, Suite 860, |
| City: | Charlotte    State: NC    Zip: 28202 |
| Phone Number w/Area Code: | 704.705.7358 |
| City and State of Residence: | Charlotte, NC |
| Primary E-mail Address: | sean.wagner@wagnerhicks.law |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | John Forest Hilbert, Esq. |
| Law Firm Name: | Hilbert & Satterly LLP |
| Address: | 409 Camino Del Rio S. #104 |
| City: | San Diego    State: CA    Zip: 92108 |
| Phone Number w/Area Code: | (619) 795-0300    Bar # SBN 105827 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 17, 2022

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE