UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDWATER BANK, N.A.; DOES 1-10, Inclusive,<br><br>Defendant. | Case No. 2:22-cv-00851-MCE-DB<br><br>**ORDER GRANTING STIPULATION TO STAY** |

The Court, having considered the Parties' stipulation to Stay pending the Ninth Circuit's decision in *Eggleston*, hereby GRANTS the Parties' Stipulation and ORDERS as follows:

1. This case is STAYED pending the Ninth Circuit's decision in *Eggleston v. Reward Zone USA, LLC*, Case No. 22-55517.
2. The Parties shall file a joint status report no later than fourteen (14) days after the issuance of a ruling in *Eggleston*, addressing the impact of the decision on the litigation of this case.

///

**ORDER GRANTING STAY**
-1-

3. Defendant's Motion to Dismiss (ECF No. 13) is DENIED without prejudice to renewal, should it be appropriate, once the stay is lifted.

IT IS SO ORDERED.

Dated:  August 24, 2022