

# United States District Court
# Eastern District of California

| MARK AUSSIEKER, Individually and on behalf of all others similarly situated, | | |
|---|---|---|
| Plaintiff(s) | Case Number: | 22-CV-00851-MCE-DB |
| V. | | |
| GOLDWATER BANK NATIONAL ASSOCIATION, Does 1-10 Inclusive | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER | |
| Defendant(s) | | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, <u>Meagan Lynn Allen</u> hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Goldwater Bank National Association

On <u>May 24, 2021</u> (date), I was admitted to practice and presently in good standing in the <u>United States District Court for the Western District of North Carolina</u> (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[x] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Attorney Allen and Attorney Hilbert previously submitted a pro hac vice application in this matter, and the application was denied by this Court on January 19, 2023 due to an error regarding date of admission. Attorney Allen and Attorney Hilbert now resubmit this corrected application.

Date: <u>February 15, 2023</u>     Signature of Applicant: <u>/s/ Meagan L. Allen</u>

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Meagan Lynn Allen |
| Law Firm Name: | Wagner Hicks PLLC |
| Address: | 831 E Morehead Street, Suite 860 |
| City: | Charlotte      State: NC      Zip: 28202 |
| Phone Number w/Area Code: | (704) 705-7787 |
| City and State of Residence: | Charlotte, NC |
| Primary E-mail Address: | meagan.allen@wagnerhicks.law |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | John Forest Hilbert, Esq. |
| Law Firm Name: | Hilbert & Satterly LLP |
| Address: | 409 Camino del Rio S. #104 |
| City: | San Diego      State: CA      Zip: 92108 |
| Phone Number w/Area Code: | (619) 795-0300      Bar # SBN 105827 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 21, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE