

# United States District Court
# Eastern District of California

| MARK AUSSIEKER, Individually and on behalf of all others similarly situated, | |
|---|---|
| Plaintiff(s) | Case Number: 22-CV-00851-MCE-DB |
| V. | |
| GOLDWATER BANK, NATIONAL ASSOCIATION, Does 1-10 Inclusive | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tyler Peacock hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Goldwater Bank, National Association

On April 1, 2016 (date), I was admitted to practice and presently in good standing in the United States District Court for the Western District of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have  [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: February 15, 2023   Signature of Applicant: /s/ Tyler B. Peacock

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Tyler Peacock |
| Law Firm Name: | Wagner Hicks PLLC |
| Address: | 831 E Morehead Street, Suite 860 |
| City: | Charlotte    State: NC    Zip: 28202 |
| Phone Number w/Area Code: | 704) 705-7787 |
| City and State of Residence: | Charlotte, NC |
| Primary E-mail Address: | tyler.peacock@wagnerhicks.law |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | John Forest Hilbert, Esq. |
| Law Firm Name: | Hilbert & Satterly LLP |
| Address: | 409 Camino del Rio S. #104 |
| City: | San Diego    State: CA    Zip: 92108 |
| Phone Number w/Area Code: | (619) 795-0300    Bar # SBN 105827 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

DATED: February 22, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE