Sean C. Wagner (Pro Hac Vice)
Sean.Wagner@wagnerhicks.law
Abbey M. Krysak (Pro Hac Vice)
Abbey.Krysak@wagnerhicks.law
Meagan L. Allen (Pro Hac Vice)
Meagan.Allen@wagnerhicks.law
Adam L. Wilson (Pro Hac Vice)
Adam.Wilson@wagnerhicks.law
WAGNER HICKS PLLC
831 East Morehead Street, Suite 860
Charlotte NC 28202
Telephone: (704) 705-7538
Facsimile: (704) 705-7787

John Forest Hilbert, Esq. (SBN 105827)
jhilbert@hscallaw.com
Joseph A. LeVota, Esq. (SBN 226760)
jlavota@hscallaw.com
HILBERT & SATTERLY LLP
409 Camino del Rio S. #104
San Diego, California 92108
Telephone: (619) 795-0300
Facsimile: (619) 501-6855

Attorneys for Defendant
Goldwater Bank, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of all others similarly situated, *Plaintiffs*, vs. GOLDWATER BANK, N.A., Does 1-10 inclusive *Defendant*. | **Case No.** 2:22-CV-00851-MCE-DB **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW ABBEY M. KRYSAK AS COUNSEL** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Leave to Withdraw Abbey M. Krysak as Counsel filed on October 3, 2023.  Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that the Motion for Leave to Withdraw Abbey M. Krysak as Counsel is GRANTED.  Abbey M. Krysak's representation of Goldwater shall be terminated.  Goldwater will continue to be represented by Sean C. Wagner, Meagan L. Allen, and Adam L. Wilson, of Wagner Hicks PLLC, and John Forest Hilbert and Joseph A. LeVota of Hilbert & Satterly LLP.

IT IS SO ORDERED.

Dated:  October 4, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE