1

2  Sean C. Wagner (*Pro Hac Vice*)
   Sean.Wagner@wagnerhicks.law
3  Meagan L. Allen (*Pro Hac Vice*)
   Meagan.Allen@wagnerhicks.law
4  Adam L. Wilson, (*Pro Hac Vice*)
5  Adam.Wilson@wagnerhicks.law
   **WAGNER HICKS PLLC**
6  831 East Morehead Street, Suite 860
7  Charlotte NC 28202
   Telephone: (704) 705-7538
8  Facsimile: (704) 705-7787

9

10 John Forest Hilbert, Esq. (SBN 105827)
   jhilbert@hscallaw.com
11 Joseph A. LeVota, Esq. (SBN 226760)
   jlavota@hscallaw.com
12 **HILBERT & SATTERLY LLP**
13 409 Camino del Rio S. #104
   San Diego, California 92108
14 Telephone: (619) 795-0300
15 Facsimile: (619) 501-6855

16
   Attorneys for Defendant
17 **Goldwater Bank, N.A.**

18
                    **IN THE UNITED STATES DISTRICT COURT**
19
                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
20

21 | MARK AUSSIEKER, individually and on behalf of all others similarly situated, | **Case No.** 2:22-CV-00851-MCE-DB |
22 | | |
23 | *Plaintiffs*, | **ORDER GRANTING DEFENDANT GOLDWATER BANK, N.A.'S** |
24 | vs. | **RENEWED MOTION TO DISMISS PLAINTIFF'S AMENDED** |
25 | GOLDWATER BANK, N.A., Does 1-10 inclusive | **COMPLAINT [ECF No 36]** |
26 | *Defendant*. | |
27

28
                              ORDER ON MOTION TO DISMISS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>GOLDWATER BANK, N.A., Does 1-10 inclusive<br><br>*Defendant*. | **Case No.** 2:22-CV-00851-MCE-DB<br><br>**ORDER GRANTING DEFENDANT GOLDWATER BANK, N.A.'S RENEWED MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [ECF No. 36]** |

The Court having reviewed the submissions of the parties regarding Defendant Goldwater Bank, N.A.'s ("Goldwater") Renewed Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 36) finds that Plaintiff's Amended Complaint (ECF No. 4) fails to state a claim upon which relief may be granted. For the reasons set forth below, Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE and without leave to amend.[1]

Plaintiff's Amended Complaint seeks relief under the Telephone Consumer Protection Act ("TCPA"), specifically 47 U.S.C. § 227(b)(1)(A) and § 227(b)(1)(B). In his Opposition, Plaintiff admits that his Amended Complaint does not plausibly allege that the single, text message alleged was sent using an automatic telephone dialing system ("ATDS") as that term has been interpreted by the Ninth Circuit following the United States Supreme Court's decision in *Facebook, Inc. v. Duguid,* 141 S. Ct. 1163, 1167 (2021). That is, Plaintiff concedes (and his allegations demonstrate) that Goldwater's dialing equipment did not generate telephone numbers using a random or sequential number generator, as is required to state a claim under 47 U.S.C. § 227(b)(1)(A). *See Borden v. eFinancial, LLC*, 53 F.4th 1230, 1234 (9th

---

[1] Plaintiff's Request for Judicial Notice ("RJN") is DENIED. ECF No. 40 (RJN).

-2-

Cir. 2022); *Trim v. Reward Zone USA LLC*, No. 22-55517, 2023 WL 5043724, at *1 (9th Cir. Aug. 8, 2023).

Further, Plaintiff's contention that the alleged text message utilized "an artificial or prerecorded voice" under 47 U.S.C. § 227(b)(1)(A) or § 227(b)(1)(B) is unsupported by law or any reasonable reading of the TCPA. *See, e.g.*, *Trim v. Reward Zone USA LLC*, 76 F.4th 1157 (9th Cir. 2023). As both causes of action alleged in Plaintiff's Amended Complaint are legally insufficient, Plaintiff's Amended Complaint must be dismissed for failure to assert a plausible claim for relief pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff concedes he cannot amend in order to state a valid claim. Accordingly, Defendants' Motion to Dismiss (ECF No. 36) is GRANTED without leave to amend. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 13, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

-3-