## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**MARK AUSSIEKER,**

                      v.

**GOLDWATER BANK, NATIONAL ASSOCIATION,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:22−CV−00851−MCE−DB**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/13/24**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **May 13, 2024**

                                          by: /s/ A. Kastilahn
                                                        Deputy Clerk